BEFORE THE THIRD DIVISION, APRIL 1, 1960

No. 64048.—States Marine Corporation of Delaware and Geo. S. Bush & Co., Inc. *v.* United States, protest 59/4341 (Portland, Oreg.).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 64049.—National Wool Stock Co. *v.* United States, protest 59/20688 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution and for failure to pay the increased duties due.

No. 64050.—Hudson Shipping Co., Inc. *v.* United States, protest 59/24565 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

APRIL 1, 1960

No. 64051.—SUIT 4991.—United States *v.* Gulf Oil Corporation et al.——
——C.D. 2045 reversed December 7, 1959. C.A.D. 725.